**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **RYAN SURRATT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 1:21-cv-00031** |
| | ) | |
| **STATE FARM FIRE AND** | ) | **JUDGE CAMPBELL** |
| **CASUALTY INSURANCE** | ) | **MAGISTRATE JUDGE HOLMES** |
| **COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

The parties have filed a Stipulation of Dismissal. (Doc. No. 23). Accordingly, this case is

**DISMISSED** with prejudice. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE